IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY ITWIN, *et al.*, )<br>  )<br>      Plaintiff,             )<br>  )<br>          v.                       )<br>  )<br>  )<br>TRAVELERS CASUALTY COMPANY OF )<br>CONNECTICUT, *et al.*,       )<br>  )<br>      Defendants.          ) | Civil Action No. 05-768<br>Judge Lancaster<br>Magistrate Judge Caiazza<br>In Re: Doc. 3 |

### **O R D E R**

AND NOW, this 22nd day of July, 2005;

The Defendants having filed a Motion to Dismiss/for Change of Venue (Doc. 3) and brief in support thereof;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until August 22, 2005, to respond to the Motion.


July 22, 2005                    s/Francis X. Caiazza
                                 Francis X. Caiazza
                                 U.S. Magistrate Judge


cc:
Michael H. Rosenzweig, Esq.
Edgar Snyder & Associates
707 Grant Street
Gulf Tower, 16th Floor
Pittsburgh, PA 15219-1925

Brooks R. Foland, Esq.
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108