IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY IRWIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-768 |
| | ) | |
| v. | ) | Judge Flowers Conti |
| | ) | Magistrate Judge Caiazza |
| TRAVELERS CASUALTY COMPANY OF CONNECTICUT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On June 7, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 11, 2006, the magistrate judge issued a Report (Doc. 8) recommending that the Defendants' Motion to dismiss or for change of venue (Doc. 3) be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 31st day of January, 2006, IT IS HEREBY ORDERED that the Defendants' Motion to dismiss or for change of venue (**Doc. 3**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza dated January 11, 2006 is hereby adopted as the opinion of the District Court.

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge

cc:

Brooks R. Foland, Esq.
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108

Michael H. Rosenzweig, Esq.
Edgar Snyder & Associates
10th Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219-2705